**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SOUTH ANNVILLE TOWNSHIP,** : | | |
| **LEBANON COUNTY AUTHORITY** : | **No. 1:13-cv-01780** | |
|     **Plaintiffs** : | | |
| : | **(Judge Kane)** | |
| **v.** : | | |
| : | | |
| **JAROMIR KOVARIK and** : | | |
| **DARIA KOVARIK,** : | | |
|     **Defendants** : | | |

## ORDER

**AND NOW,** on this 24th day of April 2014, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to withdraw stipulation to Plaintiffs' motion to remand, or alternatively to reconsider jurisdictional discovery (Doc. No. 29) is **DENIED**;

2. Plaintiffs shall file a supplemental brief on the issue of attorneys' fees, costs, and expenses pursuant to 28 U.S.C. § 1447(c) within fourteen days of the date of this order; Defendants may then file a response within fourteen days of the filing of Plaintiffs' supplemental brief.

                                                              s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania