IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTH ANNVILLE TOWNSHIP, | : | |
| LEBANON COUNTY AUTHORITY | : | No. 1:13-cv-01780 |
|     Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| JAROMIR KOVARIK and | : | |
| DARIA KOVARIK, | : | |
|     Defendants | : | |

## ORDER

**AND NOW** on this 24th day of June 2014, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to remand the action to the Lebanon County Court of Common Pleas (Doc. No. 5) is **GRANTED**;

2. Plaintiff **SHALL** file an unredacted bill of costs, fees, and expenses that includes the names and levels of skill and experience of the professionals who performed services related to Defendants' notice of removal, as well as descriptions of the services rendered that clarify their connection to this action within seven days of the date of this order;

3. To the extent Plaintiff must redact information from Defendants in the refiled bill of costs, fees, and expenses due to privilege, Plaintiff **SHALL** file an additional, unredacted copy with the Court under seal within seven days of the date of this order;

4. Defendants will have seven days from the date of receipt of Plaintiff's refiled bill to file objections thereto;

5. The Clerk of Court will defer issuing a certified copy of the order of remand to the clerk of court of the Lebanon County Court of Common Pleas pending resolution of the award of attorneys' fees, costs, and expenses.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
