IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTH ANNVILLE TOWNSHIP, | : | |
| LEBANON COUNTY AUTHORITY | : | No. 1:13-cv-01780 |
| Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| JAROMIR KOVARIK and | : | |
| DARIA KOVARIK, | : | |
| Defendants | : | |

## ORDER

**AND NOW** on this 24th day of September 2014, **IT IS HEREBY ORDERED THAT:**

Plaintiff's request for attorney's fees (Doc. No. 33) is **GRANTED** as follows:

1. Attorney's fees in the amount of $17,003.90 are awarded to Plaintiff.

2. Costs in the amount of $306.76 are awarded to Plaintiff.

**IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to issue a certified copy of the order of remand to the clerk of court in the Court of Common Pleas of Lebanon County, Pennsylvania and to close the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania