# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTH ANNVILLE TOWNSHIP, | : | |
| LEBANON COUNTY AUTHORITY, | : | No. 1:13-cv-01780 |
|     Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| JAROMIR KOVARIK and | : | |
| DARIA KOVARIK, | : | |
|     Defendants | : | |

## ORDER

**AND NOW** on this 4th day of August 2015, **IT IS HEREBY ORDERED THAT** Defendants' motion for relief from judgment (Doc. No. 43), is **DENIED**; Plaintiff's motion to file a sur-reply brief (Doc. No. 47), is **DENIED AS MOOT**; Plaintiff's motion for sanctions (Doc. No. 50), is **DENIED**; Defendants' motion for sanctions (Doc. No. 57), is **DENIED**; and Defendants' motion to take judicial notice (Doc. No. 58), is **DENIED AS MOOT**. The above-captioned action shall remain closed.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania